In the Matter of the Claim of JOHN O. JOHNSON, Respondent, against ROOSEVELT MEMORIAL ASSOCIATION, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the employer and the insurance carrier.

In the Matter of the Claim of LILLY GINDIN, Respondent, against JOE SARNE, Respondent, and ÆTNA LIFE INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of BESSIE H. SPRAGLE, Respondent, against ORPHAN ASYLUM SOCIETY OF THE CITY OF BROOKLYN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of HENRIETTA YOUNG, Appellant, against AMERICAN BANK NOTE COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of WARDELL S. WEEDEN, Respondent, against THE LEHIGH AND HUDSON RIVER RAILWAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of ADA WEEDEN and WARDELL S. WEEDEN, JR. (on Account of Death of WARDELL S. WEEDEN), Respondents, against THE LEHIGH AND HUDSON RIVER RAILWAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of BENJAMIN F. GARING, Respondent, against G. B. EXPRESS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of EARL KERR, Respondent, against RAQUETTE RIVER PAPER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of ELIZABETH RUZSJAK, Respondent, against METAL STAMPING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.